KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

# NOTICE OF CONTINUED CONFIRMATION HEARING

IN RE:

**Renee Sharon King**

DEBTOR(S)

CHAPTER 13

CASE NO.: LA14-14341-SK

**NOTICE OF CONTINUED CONFIRMATION HEARING**

DATE: 7/24/14
TIME: 10:00 am
PLACE: Roybal Building
Courtroom 1575 15th Floor
255 East Temple Street
Los Angeles, CA 90012

**TO DEBTOR, DEBTOR'S ATTORNEY, AND INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN** that the confirmation hearing for the referenced case has been continued. The hearing will occur at the time and place listed above.

Dated: 5/27/14

_____
**Kathy A. Dockery,    Chapter 13 Trustee**